# United States District Court

**DISTRICT**

## SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | DOCKET NO. | MAGISTRATE'S CASE NO. |
|---|---|---|
| v. | S1 07 Cr. 711 | |

QAISER QURESHI, a/k/a "Auntie"

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**

QAISER QURESHI, a/k/a "Auntie"

WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court
X Indictment    ☐ Information    ☐ Complaint

**DISTRICT OF ARREST**
Southern District of New York

**TO:**
ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER

**CITY**
New York, NY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Identity Document Fraud, Credit Card Fraud

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 18 | 1028, 1028A, 1029, 2 |

ANDREW J. PECK
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**

OTHER CONDITIONS OF RELEASE

| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED |
|---|---|---|
| HON. HENRY B. PITMAN | | AUG 1 3 2007 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |
| J. MICHAEL MCMAHON | | |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/14/07 | Mark Lucken Special Agent | Mark L. |
| DATE EXECUTED | | |
| 8/15/07 | | |

USDC SDNY
DOC...
EL...
DOC...
D...

AUG 1 8 2007

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed