ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -

TAHIR ALI KHAN,
    a/k/a "Waheed Khan,"
    a/k/a "Ali,"
    a/k/a "Haji,"
    a/k/a "Shan,"
FAYYAZ AHMED,
ARIE BENSHIMON,
    a/k/a "the Jew,"
    a/k/a "Jewish Guy,"
NAVEED ALI BHINDAR,
    a/k/a "Sheikh,"
SYED HASSAN,
MUHAMMAD ISHAQ,
    a/k/a "Saqa,"
BASHARAT JARRAL,
    a/k/a "Alex,"
NADEEM KHAN,
GHULAM MEHMOOD,
    a/k/a "Mama,"
    a/k/a "Zafar,"
SHAHEEN MUKHTAR,
    a/k/a "Nick,"
QAISER QURESHI,
    a/k/a "Auntie,"
FRANKLIN RODRIGUEZ,
    a/k/a "Spanish Guy,"
    a/k/a "Chancey,"
SYED SHAH,
    a/k/a "Charsi,"
    a/k/a "Chotu,"
    a/k/a "Joji,"
OSCAR SANCHEZ,
    a/k/a "Charsi,"
    a/k/a "Bank of America,"
MUHAMMAD SHARIF,
    a/k/a "Malik,"
PRADIPT SHARMA,
    a/k/a "the CitiBank guy,"

                Defendants.
- - - - - - - - - - - - - - - x

07 Cr. 711 (LAP)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 27 2007

WHEREAS, the above-captioned indictment was returned on August 1, 2007 and, upon application of the government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 07 Cr. 711 (LAP) be unsealed.

Dated: New York, New York
       August 27, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**Debra Freeman**
**United States Magistrate Judge**
**Southern District of New York**